### Busavich Estate.

Argued March 16, 1961. Before JONES, C. J., BELL, MUSMANNO, JONES, COHEN, BOK and EAGEN, JJ.

*Lawrence L. Davis*, with him *Davis & Davis*, for appellant.

*J. Harrison Westover*, with him *Westover and Lantzy*, for appellees.

OPINION PER CURIAM, April 17, 1961:

The court below correctly held that the evidence adduced by Anna Ganis, the appellant, failed to establish a gift inter vivos to her of the money on deposit in the decedent's savings account and that the funds in

the account were the sole and absolute property of the decedent at the time of his death and, therefore, belong to his estate.

Decree affirmed at appellant's costs.